442 A.2d 337

Commonwealth v. McGuigan, Appellant.

Argued June 24, 1981. Peter J. Mangan, for appellant; Sheryl Ann Dorney, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

Affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.